# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PULLMAN SUGAR, LLC,

    Plaintiff/Counter-Defendant,

v.                                                          Case No. 13-12514

INTRASTATE DISTRIBUTORS, INC.,

    Defendant/Counter-Claimant.

_____/

## ORDER SETTING BRIEFING SCHEDULE

Pursuant to the court's February 27, 2014 order, on March 14, 2014, the parties filed a joint statement explaining their efforts to resolve the discovery issues raised in Defendant's pending motion to compel and setting forth a revised proposed scheduling order. The court thanks the parties for resolving several of their discovery issues. However, several discovery issues remain unresolved. Accordingly,

IT IS ORDERED that Defendant is DIRECTED to file an amended motion to compel detailing the remaining discovery issues by **April 2, 2014**. Plaintiff is DIRECTED to respond to Defendant's amended motion to compel by **April 16, 2014**. No reply shall be filed unless otherwise ordered.

Finally, in anticipation of the filing of an amended motion to compel, IT IS ORDERED that the pending motion to compel [Dkt. # 20] is TERMINATED AS MOOT.

A separate amended scheduling order will issue that is consistent with the parties' agreement.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 20, 2014, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522